**No. 62532.**—General Preserve Co. *v.* United States, protest 330637–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bitter orange pulp the same in all material respects as that passed upon in *T. M. Duche & Sons, Inc., et al.* v. *United States* (44 C. C. P. A. 60, C. A. D. 638), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 4, 1958

**No. 62533.**—Levin Bros. *v.* United States, protest 330546–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of compass rings similar in all material respects to those the subject of Abstract 58039, the claim of the plaintiff was sustained.

**No. 62534.**—J. & F. Jewelry Co., Inc. *v.* United States, protests 303893–K, etc. (New York).

Opinion by OLIVER, C. J. Since counsel for the plaintiff conceded that "the duties have not been paid," the protests were dismissed. Abstract 57870 followed.

**No. 62535.**—Fabry Associates, Inc. *v.* United States, protest 327404–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.